UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Eugene Goodwin**  Docket No. 7:09-CR-65-1D

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Eugene Goodwin, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 5, 2010, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Eugene Goodwin was released from custody on May 13, 2021, at which time the term of supervised release commenced.

A violation report was submitted advising Goodwin tested positive for marijuana on January 19, 2022. On January 26, 2022, the Court approved for supervision to continue.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 18, 2022, the defendant submitted to a urinalysis screening, which was confirmed positive by Alere Laboratories for marijuana. On July 26, 2022, the defendant was confronted with the results from the urinalysis and was verbally reprimanded for his actions. Mr. Goodwin has been referred to a local vendor to start an approved course of substance abuse treatment. Therefore, as a sanction for his non-compliance, it is respectfully recommended that Goodwin perform 24 hours of community service as directed by the probation office. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ C. Lee Meeks, Jr.<br>C. Lee Meeks, Jr.<br>Supervising U.S. Probation Officer | /s/ Jay Kellum<br>Jay Kellum<br>U.S. Probation Officer<br>200 Williamsburg Pkwy, Unit 2<br>Jacksonville, NC 28546-6762<br>Phone: 910-346-5109<br>Executed On: July 27, 2022 |

Michael Eugene Goodwin
Docket No. 7:09-CR-65-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __July__, 2022, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
U.S. District Judge