UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Michael Eugene Goodwin**             **Docket No. 7:09-CR-65-1D**

### Petition for Action on Supervised Release

COMES NOW Jay Kellum, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Michael Eugene Goodwin, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on January 5, 2010, to the custody of the Bureau of Prisons for a term of 168 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Michael Eugene Goodwin was released from custody on May 13, 2021, at which time the term of supervised release commenced.

A violation report was submitted advising Goodwin tested positive for marijuana on January 19, 2022. On January 21, 2022, the case was reassigned to U.S. District Judge James C. Dever III. On January 26, 2022, the Court approved for supervision to continue.

A Petition for Action on Supervised Release was submitted to the Court after the defendant tested positive for marijuana. On July 28, 2022, the Court approved the petition requiring the defendant to complete 24 hours of community service, as directed by the probation office.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 21, 2022, Goodwin submitted to a urinalysis screening which tested positive for marijuana. On October 4, 2022, the undersigned probation officer confronted Goodwin and he admitted to smoking marijuana around the beginning of September 2022. Goodwin was reprimanded for the violation conduct and he expressed remorse. As a result of the positive drug test, his treatment provider was advised, and treatment has been increased. Therefore, as a sanction for Goodwin's violation conduct, it is respectfully recommended that he be placed on a curfew to be determined by the probation office, and to be monitored with Location Monitoring: Radio Frequency equipment for a duration not to exceed 60 consecutive days. The defendant agreed to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay all of the cost of the program.

Except as herein modified, the judgment shall remain in full force and effect.

Michael Eugene Goodwin
Docket No. 7:09-CR-65-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jay Kellum
Jay Kellum
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5109
Executed On: October 6, 2022

## ORDER OF THE COURT

Considered and ordered this __12__ day of __October__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge